UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAD BLUNT,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHARLES HOTEL and INTERSTATE HOTELS, LLC,<br><br>    Defendants, | Civil Action No. _____ |

## NOTICE OF REMOVAL

Defendant Interstate Hotels, LLC ("Interstate" or "Defendant"), files this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446 and hereby remove this action from the Superior Court for the Commonwealth of Massachusetts, Suffolk County (the "Superior Court Action") to the United States District Court for the District of Massachusetts. As its reasons for removal, Defendants state:

1. By Summons and Complaint, Plaintiff Chad Blunt ("Plaintiff" or "Blunt") commenced a civil action against Defendant in Suffolk County Superior Court titled *Chad Blunt v. The Charles Hotel and Interstate Hotels, LLC,* Docket No. 10-3607. A true and correct copy of the Summons and Complaint, served by Plaintiff on Defendants are attached hereto as Exhibit A and constitute all processes, pleadings and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).

2. Defendant accepted service of the summons and complaint in the Superior Court Action on or about September 14, 2010. The instant Notice of Removal is being filed within 30 days of the date on which Defendants were served with a copy of the Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

3. This Court has diversity jurisdiction over the Complaint pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. Blunt is a citizen of the Commonwealth of Massachusetts, with a residence in Boston, Suffolk County, Massachusetts.

5. The citizenship of The Charles Hotel is immaterial because it is a fictitious business name ("d/b/a/"), not a corporation. Defendant operates The Charles Hotel and was Plaintiff's employer when he worked at The Charles Hotel. Plaintiff has agreed to amend his Complaint to reflect that Defendant Interstate Hotels, LLC is the sole defendant. Therefore, The Charles Hotel should be considered a sham defendant for purposes of removal.

6. Defendant is a citizen of the states of Delaware and Virginia. *See* 28 U.S.C. § 1332(c)(1). Defendant is a Delaware corporation duly organized and validly existing under and pursuant to the laws of the state of Delaware. Defendant's headquarters, which is also its principal place of business, is located in the state of Virginia. *See* 28 U.S.C. §§ 1332(c), 1441(b).

7. Although the Complaint does not specify the precise amount of damages sought, there is more than a reasonable probability that the amount in controversy in this case exceeds $75,000.00, exclusive of interests and costs. Plaintiff asserts claims under M.G.L. c. 151B for failure to accommodate his disability, handicap discrimination and retaliation, as well as claims for breach of implied contract, detrimental reliance, wrongful discharge and failure to pay wages in violation of M.G.L. c. 149, §§ 148 and 150. If Plaintiff were to prevail at trial, he could receive the full panoply of remedies available for his statutory and common law claims, including compensatory damages, punitive damages, mandatory trebling of all wage-related damages and attorney's fees. As a result, Plaintiff could potentially receive an award of damages in excess of $75,000.00.

8. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(a).  The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

9. This Notice of Removal is being filed in the District of Massachusetts, the District Court of the United States for the district and division within which the Superior Court Action is pending.  28 U.S.C. §§ 1441(a) and 1446(a).

10. Attached hereto as <u>Exhibit B</u> is a copy of the Notice to Suffolk County Superior Court of Filing of Notice of Removal, the original of which is being filed with the Middlesex County Superior Court.  28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that this Action be removed and hereinafter proceed in the United States District Court for the District of Massachusetts.

Respectfully submitted,

**INTERSTATE HOTELS, LLC,**

By its attorneys,

/s/ Michael Mankes
Michael Mankes (BBO #662127)
Amy Mendenhall (BBO #673630)
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA  02110
617-378-6001 direct
617-378-6000 main
617-507-5661 fax
mmankes@littler.com
amendenhall@littler.com

Dated:  October 14, 2010

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of October, 2010, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants.

                                          /s/ Michael Mankes
                                          Michael Mankes

Firmwide:98059745.1 019369.1143