COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss | SUPERIOR COURT |

| | |
|---|---|
| CHAD BLUNT,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHARLES HOTEL and INTERSTATE HOTELS, LLC,<br><br>    Defendants, | Civil Action No. 10-3607 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446(d), Defendant Interstate Hotels, LLC ("Interstate" or "Defendant"), hereby gives notice to the Superior Court of Suffolk County, Commonwealth of Massachusetts, and to the attorneys for Plaintiff Chad Blunt, that on October 14, 2010, Defendant filed a Notice of Removal, thereby removing this action to the United States District Court for the District of Massachusetts. A certified copy of the Notice of Removal is attached to this Notice.

Respectfully submitted,

**INTERSTATE HOTELS, LLC,**

By its attorneys,

*/s/ Michael Mankes /acm*
Michael Mankes (BBO #662127)
Amy Mendenhall (BBO #673630)
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA 02110
617-378-6001 direct
617-378-6000 main
617-507-5661 fax
mmankes@littler.com
amendenhall@littler.com

Dated: October 14, 2010